IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:01-CR-47-2H
No. 4:16-CV-32-H

NATHANIEL JACKSON,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

Having examined petitioner's Motion to Vacate filed pursuant to 28 U.S.C. § 2255 [D.E. #93], the United States Attorney is DIRECTED to file an appropriate response within forty (40) days of the filing of this order.

Further, as petitioner appears to be requesting relief pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015), the Federal Public Defender's Office is appointed to determine whether defendant may qualify for post-conviction relief pursuant to Johnson, and if so, to assist the defendant in obtaining such relief, all in accordance with the provisions of Standing Order 15-SO-2 of this court.

This 12th day of April 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26