IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:01-CR-47-2H
No. 4:16-CV-32-H

NATHANIEL JACKSON,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on the government's motion to hold this matter in abeyance. For good cause shown and without objection from the petitioner, the government's motion, [D.E. #109], is GRANTED.

This matter shall be HELD IN ABEYANCE pending the United States Supreme Court's final decision in <u>Beckles v. United States</u>, 15-8544, at which time the parties are DIRECTED to immediately notify the court of its disposition. In light of this order and the Fourth Circuit's recent decision in <u>In re Hubbard</u>, No. 15-276, 2016 WL 3181417 (4th Cir. June 8, 2016), Petitioner's motion to stay, [D.E. #106], and the government's motion for supplemental briefing, [D.E. #107], are DENIED AS MOOT.

This 7th day of July, 2016.

Malcolm J. Howard
Senior United States District Judge