UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:01-CR-47-H-2
4:16-CV-32-H

NATHANIEL JACKSON,
    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent

ORDER

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the July 7, 2016, stay issued in this matter is LIFTED. It is also

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any supplemental response on or before May 30, 2017. Respondent may file a response to Petitioner's supplemental response on or before June 30, 2017. Any further response by Petitioner must be filed on or before July 10, 2017.

This 27th day of April, 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge