```
       IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                  EASTERN DIVISION

               No. 4:01-CR-47-2H
               No. 4:16-CV-32-H
```

| | |
|---|---|
| NATHANIEL JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This matter is before the court on government's motion to dismiss, [DE #102 and #123], petitioner's motion to vacate under 28 U.S.C. § 2255, [DE #93]. Petitioner has also filed a motion for reduction of sentence, [DE #92], to which the government has responded. The time for further filing has expired.

This matter was stayed pending the resolution of United States v. Brown, 868 F.3d 297, 298 (4th Cir. 2017), reh'g en banc denied, 891 F.3d 115 (4th Cir. 2018), cert. denied, 139 S. Ct. 14 (2018). [DE #127]. Subsequent to the Supreme Court's denial of certiorari on October 15, 2018, petitioner filed a Notice of Withdrawal of Motion to Vacate. [DE #128]. In light of Brown, the stay is hereby lifted.

Due to the unique procedural posture of this case and out of an abundance of caution, the court construes petitioner's filing as a motion to voluntarily dismiss his claims without prejudice pursuant to Rule 41(a)(2). There being no objection, the court GRANTS petitioner's motion, [DE #128], and hereby DISMISSES WITHOUT PREJUDICE petitioner's claims against respondent. All other pending, related motions are deemed MOOT. [DE #92, #93, #95, #102, #123]. The clerk is directed to close this case.

This 13th day of December 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35